UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| DEMARIO LITTLE | CIVIL ACTION NO. 13-206-P |
| VERSUS | JUDGE FOOTE |
| GLORIA EVANS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE, for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

THUS DONE AND SIGNED, in chambers, at Shreveport, Louisiana, on this 9th day of Sept, 2015.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE